DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

GINA BIEN-AIME,

Appellant,

v.

IZIDOR SMIRNOV,

Appellee.

No. 2D2025-0870

_____

October 24, 2025

Appeal pursuant to Fla. R. App. P. 9.130 from the County Court for
Sarasota County; Maryann Olson Uzabel, Judge.

Babette Joseph of Babette Joseph Law, Savage, Maryland, for Appellant.

Catherine H. Molloy and Andrea E. Nieto of Greenberg Traurig, P.A.,
Tampa, for Appellee.


PER CURIAM.

    Affirmed.

VILLANTI, LaROSE, and KHOUZAM, JJ., Concur.


_____

Opinion subject to revision prior to official publication.